UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF
AMERICA,

     Plaintiff,

v.　　　　　　　　　　　　CASE NO.　　8:04-CV-339-T-17TGW

DAVID MARVIN SWANSON,
d/b/a DYNAMIC MONEY
STRATEGIES, a purported
trust,

     Defendant.
_____/

ORDER

This cause is before the Court on:

Dkt. 44 Motion for Default Judgment For Failure
      To Obey Discovery Order
Dkt. 45 Memorandum
Dkt. 46 Declaration
Dkt. 52 Report and Recommendation

The Court has independently reviewed the pleadings. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

ORDERED that Report and Recommendation is **adopted and incorporated**. The Court **strikes** Defendant's Answer, and a default judgment will be entered. The Motion for Default Judgment is **granted** (Dkt. 44). Plaintiff shall file a proposed final default judgment within eleven days of the date of this Order.

Case No. 8:04-CV-339-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 3rd day of November, 2006.

_____
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record